**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LISA EVANS on behalf of D.K.M., a minor child, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF THE SOCIAL )<br>SECURITY ADMINISTRATION, )<br>)<br>Defendant. ) | Case No. CIV-07-0501-F |

## ORDER

On behalf of her minor child, Ms. Evans seeks judicial review of a denial of benefits by the Social Security Administration.

Magistrate Judge Robert E. Bacharach issued a Report and Recommendation on January 14, 2008 (the "Report," doc. no. 22) recommending that the denial of benefits by the Social Security Administration be reversed and that the matter be remanded for proceedings consistent with the Report. In his Report, Magistrate Judge Bacharach advised the parties of their right to object to the Report by February 4, 2008, and of the fact that failure to make timely objection to the Report waives the right to appeal the suggested ruling. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

-2-

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Bacharach as stated in his Report and Recommendation. This matter is **REVERSED** and **REMANDED** for further proceedings consistent with the Report.

Dated this 7th day of February, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0501p002.wpd